IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

Date: 8/21/14

| | |
|---|---|
| **In re:** | Case No.  13–30487 – NVA |
| **Robert E Day, Jr.**<br>**Debtor(s)** | Chapter  7 |
| **Plaintiff(s)**<br>**Kim Michelle Sterrett** | Adversary No.  14–00507 |
| **vs.** | |
| **Defendant(s)**<br>**Robert E Day Jr.** | |

# DEFICIENCY NOTICE

DOCUMENT:  1 – Adversary case 14–00507. (61 (Dischargeability – 523(a)(5), domestic support)) Complaint by Kim Michelle Sterrett against Robert E Day Jr.. Receipt Number NOT PAID, Fee Amount $350.00 . (Sukeena, Todd)

PROBLEM:  **The following items are deficient for the above pleading, and must be cured by 9/4/14.**

CURE:  The filing fee of $350 for filing a new Adversary/Complaint must be paid.
(28 U.S.C. §1930)

Any filing fee may be paid in cash, by money order or certified check. For the Motion to Appear Pro Hac Vice, write the check payable to Clerk, U.S. District Court. For all other fees, write the check payable to Clerk, U.S. Bankruptcy Court. Submit the payment by mail with a copy of this notice enclosed or in person at one of the following locations:

| | |
|---|---|
| U.S. Bankruptcy Court<br>Garmatz Federal Courthouse<br>101 W. Lombard Street, Suite 8530<br>Baltimore, MD 21201 | U.S. Bankruptcy Court<br>U.S. Courthouse<br>6500 Cherrywood Lane, Suite 300<br>Greenbelt, MD 20770 |

For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee" event. Select the document for which the fee was originally due. Accept the displayed fee amount, or enter the amount you are paying. Proceed with payment.

CONSEQUENCE:  Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court

by Deputy Clerk, Todd Sukeena  410–962–4072

cc:

Form defntc (11/2013)