Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
### District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

---

Bankruptcy Proceeding No.:  14–00507
Judge:  Nancy V. Alquist

In Re:      Sterrett v. Day, Jr.
            Debtor(s)

---

PLEASE TAKE NOTICE that a CONTINUED hearing will be held

at 101 W. Lombard Street, Courtroom 2–A, Baltimore, MD 21201

on 2/20/15 at 02:00 PM

to consider and act upon the following:

11 – Consent Order Declaring Debt To Be Non Dischargeable Pursuant To 11 U.S. C. 523(a)(5),(15) Re: (related document(s)1 Complaint filed by Plaintiff Kim Michelle Sterrett).

13 – Objection To Consent Order on behalf of Kim Michelle Sterrett Filed by Kim Michelle Sterrett (related document(s)11 Order (Generic)).

14 – Opposition on behalf of Robert E Day Jr. Filed by Craig B. Leavers (related document(s)13 Objection filed by Plaintiff Kim Michelle Sterrett).

---

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

---

Dated: 11/25/14

Mark A. Neal, Clerk of Court
by Deputy Clerk, Yvette Oliver
410–962–4424