United States Bankruptcy Court
District of Maryland

Sterrett,
         Plaintiff                                           Adv. Proc. No. 14-00507-NVA

Day, Jr.,
         Defendant

## CERTIFICATE OF NOTICE

District/off: 0416-1           User: yoliver            Page 1 of 1              Date Rcvd: Nov 25, 2014
                               Form ID: ntchrgb2        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2014.
pla            +Kim Michelle Sterrett,    5343 High Wheels Court,    Columbia, MD 21044-5716
dft            +Robert E Day, Jr.,    6012 Cloudland Court,    Columbia, MD 21044-3601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2014                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2014 at the address(es) listed below:
              Craig B. Leavers    craigl@hbllaw.com,   ksmith@hbllaw.com
                                                                                                   TOTAL: 1

Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Bankruptcy Proceeding No.:   14−00507
Judge:   Nancy V. Alquist

In Re:   Sterrett v. Day, Jr.
Debtor(s)

PLEASE TAKE NOTICE that a CONTINUED hearing will be held

at 101 W. Lombard Street, Courtroom 2−A, Baltimore, MD 21201

on 2/20/15 at 02:00 PM

to consider and act upon the following:

11 – Consent Order Declaring Debt To Be Non Dischargeable Pursuant To 11 U.S. C. 523(a)(5),(15) Re: (related document(s)1 Complaint filed by Plaintiff Kim Michelle Sterrett).

13 – Objection To Consent Order on behalf of Kim Michelle Sterrett Filed by Kim Michelle Sterrett (related document(s)11 Order (Generic)).

14 – Opposition on behalf of Robert E Day Jr. Filed by Craig B. Leavers (related document(s)13 Objection filed by Plaintiff Kim Michelle Sterrett).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 11/25/14

Mark A. Neal, Clerk of Court
by Deputy Clerk, Yvette Oliver
410−962−4424